445 A.2d 237

Sadowski, Appellant v. Sadowski.

Argued March 17, 1982. Bernard S. Shire for appellant; Ernest Preece Dehaas, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of September 24, 1981 is hereby modified to delete the words "with prejudice," and, as modified, is affirmed.

See 42 Pa.C.S.A. § 706.

---

445 A.2d 237

Sommers, etc. v. Uber, Appellant.

Argued April 13, 1981. Lee C. McCandless, for appellant; Alexander H. Lindsay, Jr., for appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.